IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER SHERMAN COWFER, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 15-1560 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| JOHN KERESTES, *et al.*, | ) | Magistrate Judge Cynthia Reed Eddy |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On March 10, 2017, the Magistrate Judge issued a Report (Doc. 20) recommending that Respondents' Motion to Dismiss (Doc. 13) be granted; the habeas-Petition dismissed; and a certificate of appealability denied. Service of the Report and Recommendation was made on the parties, and Petitioner has filed Objections. *See* Doc. 21.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

Respondents' Motion to Dismiss (**Doc. 13**) is **GRANTED**; the Petition for a writ of habeas corpus is **DISMISSED**; a certificate of appealability is **DENIED**; and the Report and Recommendation hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

April 18, 2017
s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via First-Class U.S. Mail):

Walter Sherman Cowfer
BN-3414
SCI Mahanoy
301 Morea Road
Frackville, PA 17932


cc (via ECF email notification):

All counsel of record